**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE CLEVENGER and THERESA REISFELT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIVIANA FOODS, INC., a Delaware Corporation, d/b/a RONZONI; and NEW WORLD PASTA COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No. 8:19-cv-01572-JVS-ADS<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)**<br><br>Hon James. V. Selna<br><br>Complaint Filed: July 11, 2019<br>Removed:          August 14, 2019<br>Trial Date:         February 8, 2022 |

1  Plaintiffs Sherrie Clevenger and Theresa Reisfelt ("Plaintiffs") and
2  Defendant Riviana Foods, Inc. d/b/a/ Ronzoni ("Defendant"), having so stipulated
3  and good cause existing, the Court hereby **ORDERS** as follows:
4  Pursuant to Federal Rule of Civil Procedure 41(a), the action is hereby
5  dismissed with prejudice, with each side to bear their own attorneys' fees and costs.
6
7  **IT IS SO ORDERED.**
8
9  Dated:  April 27, 2020
10  _____
    HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER ON STIPULATION RE:
VOLUNTARY DISMISSAL WITH PREJUDICE               - 2 -               CASE NO. 8:19-CV-01572-JVS-ADS